**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elaina Marie Stumpo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4580<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–10268–JAD | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elaina Marie Stumpo

10/18/22   **By the court:** Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10268-JAD

Elaina Marie Stumpo     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Oct 18, 2022     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaina Marie Stumpo, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015778 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15015783 | + | Boyfriend, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015785 | + | Childrens Community Pediatrics of Erie, 3580 Peach Street, Erie, PA 16508-2776 |
| 15015789 | + | Edinboro University, c/o Edinboro University Student Account', 210 Glasgow Rd., Edinboro, PA 16444-0001 |
| 15015810 | + | Edinboro University, 219 Meadville, Edinboro, PA 16444-0001 |
| 15035510 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul MN 55116-0129 |
| 15015795 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15015816 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15015818 | + | Widget Federal Credi, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 19 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 19 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2022 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Oct 19 2022 03:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15015780 | | Email/Text: ebn@americollect.com | Oct 18 2022 23:45:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15015782 | + | EDI: CINGMIDLAND.COM | Oct 19 2022 03:43:00 | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15015779 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15015781 | ^ | MEBN | Oct 18 2022 23:43:02 | Apex Asset Management, Attn: Bankruptcy, 2501 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 15052879 | Email/PDF: bncnotices@becket-lee.com | Oct 18 2022 23:55:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15015786 | + EDI: WFNNB.COM | Oct 19 2022 03:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15015787 | + Email/Text: dylan.succa@commercialacceptance.net | Oct 18 2022 23:44:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15015788 | + EDI: NAVIENTFKASMDOE.COM | Oct 19 2022 03:43:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 15072211 | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15056198 | EDI: JEFFERSONCAP.COM | Oct 19 2022 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15015784 | EDI: JPMORGANCHASE | Oct 19 2022 03:43:00 | Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 15056523 | EDI: JPMORGANCHASE | Oct 19 2022 03:43:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15015790 | EDI: JEFFERSONCAP.COM | Oct 19 2022 03:43:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15015791 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2022 23:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15017797 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15015792 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:15 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15091179 | + EDI: AISMIDFIRST | Oct 19 2022 03:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15059922 | EDI: NAVIENTFKASMDOE.COM | Oct 19 2022 03:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15015793 | + Email/Text: electronicbkydocs@nelnet.net | Oct 18 2022 23:45:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15015794 | + EDI: AGFINANCE.COM | Oct 19 2022 03:43:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15049269 | + EDI: AGFINANCE.COM | Oct 19 2022 03:43:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15033364 | + Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15091185 | EDI: PRA.COM | Oct 19 2022 03:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15054879 | EDI: Q3G.COM | Oct 19 2022 03:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15029509 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 18 2022 23:55:32 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15058892 | ^ MEBN | Oct 18 2022 23:43:48 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15015796 | + EDI: VERIZONCOMB.COM | Oct 19 2022 03:43:00 | Verizon, Verizon Wireless Bk Admin, 500 |

Case 19-10268-JAD    Doc 80    Filed 10/20/22    Entered 10/21/22 00:25:36    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15054035 | | EDI: AIS.COM | Oct 19 2022 03:43:00 | Technology Dr Ste 550, Weldon Springs, MO 63304-2225 Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15015797 | + | Email/Text: collections@widgetfinancial.com | Oct 18 2022 23:45:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 15015798 | + | Email/Text: ebn@wfcorp.com | Oct 18 2022 23:45:00 | William Fudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | MidFirst Bank |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15015799 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15015801 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15015803 | *+ | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15015800 | *+ | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15015802 | *+ | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 15015804 | *+ | Boyfriend, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015806 | *+ | Childrens Community Pediatrics of Erie, 3580 Peach Street, Erie, PA 16508-2776 |
| 15015807 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15015808 | *+ | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15015809 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 15172220 | * | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15015805 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 15015811 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15015812 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15015813 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15015814 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15015815 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15015817 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15015819 | *+ | William Fudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed**

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 44

below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Elaina Marie Stumpo rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Elaina Marie Stumpo richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com |

TOTAL: 6