IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ELAINA MARIE STUMPO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-10268 JAD<br><br>Chapter 13<br><br>Document No.: 70 | FILED<br>10/18/22 12:28 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

ORDER OF COURT

AND NOW, this _____18th_____ day of ____October____, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ dak
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:          Case No. 19-10268-JAD

Elaina Marie Stumpo      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Oct 18, 2022      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaina Marie Stumpo, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015778 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15015783 | + | Boyfriend, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015785 | + | Childrens Community Pediatrics of Erie, 3580 Peach Street, Erie, PA 16508-2776 |
| 15015789 | + | Edinboro University, c/o Edinboro University Student Account', 210 Glasgow Rd., Edinboro, PA 16444-0001 |
| 15015810 | + | Edinboro University, 219 Meadville, Edinboro, PA 16444-0001 |
| 15035510 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul MN 55116-0129 |
| 15015795 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15015816 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15015818 | + | Widget Federal Credi, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 23:55:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15015780 | | Email/Text: ebn@americollect.com | Oct 18 2022 23:45:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15015782 | + | Email/Text: g20956@att.com | Oct 18 2022 23:45:00 | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15015779 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15015781 | ^ | MEBN | Oct 18 2022 23:43:05 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 15052879 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2022 23:55:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15015786 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 23:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15015787 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 18 2022 23:44:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15015788 | + | Email/PDF: pa_dc_ed@navient.com | Oct 18 2022 23:55:18 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 15072211 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15056198 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2022 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15015784 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2022 23:55:32 | Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 15056523 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2022 23:55:07 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15015790 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2022 23:45:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15015791 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2022 23:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15017797 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15015792 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:36 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15091179 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 18 2022 23:55:32 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15059922 | | Email/PDF: pa_dc_ed@navient.com | Oct 18 2022 23:55:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15015793 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2022 23:45:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15015794 | + | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 23:55:03 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15049269 | + | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 23:55:30 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15033364 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15091185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 23:55:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15054879 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15029509 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 18 2022 23:55:32 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15058892 | ^ | MEBN | Oct 18 2022 23:43:48 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15015796 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2022 23:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15054035 | | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2022 23:55:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15015797 | + | Email/Text: collections@widgetfinancial.com | Oct 18 2022 23:45:00 | Widget Federal Credit Union, 2154 E. Lake Rd., Erie, PA 16511-1140 |
| 15015798 | + | Email/Text: ebn@wfcorp.com | Oct 18 2022 23:45:00 | William Fudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 42 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | MidFirst Bank |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15015799 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15015801 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15015803 | *+ | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15015800 | *+ | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15015802 | *+ | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 15015804 | *+ | Boyfriend, 1844 East 33rd Street, Erie, PA 16510-2660 |
| 15015806 | *+ | Childrens Community Pediatrics of Erie, 3580 Peach Street, Erie, PA 16508-2776 |
| 15015807 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15015808 | *+ | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15015809 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 15172220 | * | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15015805 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 15015811 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15015812 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15015813 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15015814 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15015815 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15015817 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15015819 | *+ | William Fudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Elaina Marie Stumpo rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Elaina Marie Stumpo richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 42

on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 6